David D. Park, OSB #803358
ELLIOTT & PARK, P.C.
Abernethy House
0324 S.W. Abernethy Street
Portland, Oregon  97239-4356
Telephone:     (503) 227-1690
Facsimile:      (503) 274-8384
E-mail:  dave@elliott-park.com

    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MYRTLE BOLSTER, as personal Representative of the ESTATE OF JOSHUA BOLSTER,<br><br>    Plaintiff,<br><br>v.<br><br>CASEY GIBSON, an individual, POLK COUNTY, acting through the POLK COUNTY SHERIFF'S OFFICE, CITY OF MONMOUTH and CITY OF SALEM, d/b/a WILLAMETTE VALLEY COMMUNICATIONS CENTER,<br><br>    Defendants. | Civil Case No.  3:17-cv-00247-MO<br><br>**STIPULATION FOR DISMISSAL** |

    The above captioned proceedings having been fully compromised and settled by a Settlement Agreement and Release signed by the last signing party on September 20, 2017, following the authorization and approval of the terms thereof by Order Approving Settlement of Wrongful Death Claim signed and entered September 7, 2017, in *In the Matter of the Estate of Joshua Anthony Bolster*, Marion County Probate Case No. 17PB00583, the parties, by and through their respective

1 -  **STIPULATION FOR DISMISSAL**                                                                 ELLIOTT & PARK, P.C.
Attorneys at Law
Abernethy House
0324 S.W. Abernethy Street
Portland, Oregon  97239-4356
(503) 227-1690
Fax: (503) 274-8384

attorneys, hereby stipulate that the above-captioned matter be dismissed with prejudice and without costs to any party.

IT IS SO STIPULATED:

| | |
|---|---|
| s/ David D. Park | October 3, 2017 |
| David D. Park, OSB #803358 | Date |
| Attorney for Plaintiff | |
| | |
| s/ Leslie A. Lopez | October 3, 2017 |
| Steven A. Kraemer, OSB# 882476 | Date |
| Leslie A. Lopez, OSB #093380 | |
| Of Attorneys for Defendants Gibson and Polk Co. | |
| | |
| s/Jens Schmidt | October 3, 2017 |
| Jens Schmidt, OSB# 843417 | Date |
| Attorney for Defendant City of Monmouth | |
| | |
| s/Sarah D. Foreman | October 3, 2017 |
| Sarah D. Foreman, OSB# 042859 | Date |
| Assistant City Attorney for Defendant City of Salem | |

2 - **STIPULATION FOR DISMISSAL**

ELLIOTT & PARK, P.C.
Attorneys at Law
Abernethy House
0324 S.W. Abernethy Street
Portland, Oregon  97239-4356
(503) 227-1690
Fax: (503) 274-8384